## CARNAHAN, THOMPSON and RICE *vs.* ALLDERDICE, JEANDELL and MILES.

Judgment against an infant and others jointly, on a joint and several bond, irregular.

RULE. In this case the court, on motion and rule to show cause, vacated a judgment confessed against the three defendants jointly, on a joint and several warrant of attorney; on proof that two of them were under age at the date of the warrant.

Rule absolute.